**AFFIDAVIT IN SUPPORT OF COMPLAINT**

**Jaime PEREZ-ACEVEDO, DOB: 9/17/1974
aka:Jaime Acevedo PEREZ, DOB: 9/17/74; Jaime ACEBEDO-Perez,
Artemio Avila, Jose Talaver, and Jaime Martinez Acevedo**

I, Mark Leeper, being duly sworn, depose and state:

1. I am a Senior Special Agent for the United States Immigration and Customs Enforcement ("ICE"), previously known as the Immigration and Naturalization Service ("INS"). I have been employed by the INS and ICE since 1996 and I am currently assigned to the ICE Special Agent in Charge, Washington, D.C. Office, (SAC/DC) in Fairfax, Virginia.

2. My duties as a Special Agent with ICE include, but are not limited to investigating the illicit manufacture of immigration documents and other related violations of the Immigration and Nationality Act and to seek, where applicable, prosecution and deportation of those violators. These duties also include investigating cases involving persons who have illegally reentered the United States after prior deportation or removal.

3. The information contained in this affidavit is based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records,

1

documents and other physical evidence to support my request for a criminal complaint and warrant for arrest.

4. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known by the government.

5. This affidavit is submitted in support of a criminal complaint and warrant for arrest charging Jaime PEREZ-ACEVEDO, with unlawful reentry after deportation, in violation of Title 8, United States Code, Section 1326.

6. PEREZ-ACEVEDO is a native and citizen of Mexico.

7. On July 25, 1993, PEREZ-ACEVEDO was arrested by the San Diego Police Department in San Diego, California, for Battery under the name Jaime P. Acebedo. PEREZ-ACEVEDO subsequently pled guilty to Battery and was sentenced to 90 days in jail.

8. On September 13, 1993, an Immigration Judge in San Diego, California, ordered PEREZ-ACEVEDO removed from the United States under the name Jaime ACEBEDO-PEREZ, file A70 151 674. Later on that same day of September 13, 1993, PEREZ-ACEVEDO was deported from the United States to Mexico at Otay Mesa, California.

9. On February 10, 1999, PEREZ-ACEVEDO was arrested by the Yakima County Narcotics Unit in Washington State. On April 7, 1999, PEREZ-ACEVEDO was sentenced to twelve months and one day

for Conspiracy to Deliver a Controlled Substance: Cocaine. At the time of his sentencing PEREZ-ACEVEDO was known to the court as Jaime Perez Acevedo, aka Artemio Talavera Avila, aka Jose Martinez.

10. On April 13, 1999, a Prior Order of Deportation was Reinstated for PEREZ-ACEVEDO, under file A70 151 674. On October 8, 1999, PEREZ-ACEVEDO was deported from the United States to Mexico at El Paso, Texas.

11. On or about August 5, 2006, during the course of a traffic stop, PEREZ-ACEVEDO was encountered by law enforcement in the 5600 block of New Hampshire Avenue, N.E., in Washington, D.C. It was determined the PEREZ-ACEVEDO was an illegal alien from Mexico, and he was taken into custody by the U.S. Immigration and Customs Enforcement (ICE). PEREZ-ACEVEDO admitted to ICE agents that he was not a U.S. citizen.

12. I have reviewed the documents contained in PEREZ-ACEVEDO'S file maintained by ICE and there is no documentation to suggest that he ever applied for permission to reenter the country following his removals from the United States. I know from my experience with ICE that if such an application had been made it would be reflected in the ICE file I reviewed.

13. Based on the foregoing, I respectfully submit that there is probable cause to believe that PEREZ-ACEVEDO is an alien in

the United States who has previously been deported or removed from the United States, and has been found in the United States without first having obtained the express consent of the Attorney General of the United States to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

                                             _____

                                             Mark Leeper
                                             Senior Special Agent, ICE

Subscribed and sworn to before me this _____ day of August, 2006

_____
United States Magistrate Judge

4