AO442(Rev. 12/85) Warrant for Arrest

03603

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

**JAIME PEREZ-ACEVEDO,**
aka Jaime Acevedo-Perez, Jaime Acebedo-Perez,
Artemio Avila, Jose Talaver, and Jaime Martinez Acevedo

**WARRANT FOR ARREST**

FILED
AUG 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-371 M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JAIME PEREZ-ACEVEDO__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

reenter, and was found in, the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title __8__ United States Code, Section(s) __§ 1326(a)__.

ALAN KAY
Name of Issuing Officer   MAGISTRATE JUDGE

ALAN KAY
Title of Issuing Officer   MAGISTRATE JUDGE

[signature]
Signature of Issuing Officer

AUG 16 2006
Date and Location

Bail fixed at $ _____   by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/16/06 | Stephenie Owens Duphy U.S. Marshal | [signature] Steph K Ow |
| DATE OF ARREST 8/24/06 | | |