UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 06-0371M-01 (CR) |
| | : | |
| JAIME PEREZ-ACEVEDO, | : | VIOLATION: |
| also known as Jaime Acevedo-Perez, | : | 8 U.S.C. § 1326(a) and (b)(2) |
| also known as Jaime Acebedo-Perez, | : | (Unlawful Reentry of a Removed Alien) |
| also known as Jaime P. Acebedo, | : | |
| also known as Artemio Avila, | : | |
| also known as Jose Talaver, | : | |
| also known as Jaime Martinez Acevedo, | : | |
| also known as Jose Martinez, | : | |
| Defendant. | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

<u>COUNT ONE</u>

On or about August 5, 2006, within the District of Columbia, defendant, **JAIME PEREZ-ACEVEDO, also known as Jaime Acevedo-Perez, also known as Jaime Acebedo-Perez, also known as Jaime P. Acebedo, also known as Artemio Avila, also known as Jose Talaver, also known as Jaime Martinez Acevedo, also known as Jose Martinez**, an alien who had previously been denied admission, excluded, deported or removed from the United States, was unlawfully present in the United States, having been found in Washington, D.C., and having been previously removed subsequent to a conviction for the commission of an aggravated felony. The said defendant had not obtained the express consent of the Attorney General of the United States or the Secretary

of the Department of Homeland Security of the United States for re-application by the defendant for admission into the United States, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien,** in violation of Title 8, United States Code, Sections 1326(a) and (b)(2))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.