UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-269 (RCL)** |
| | : | |
| **v.** | : | |
| | : | |
| **JAIME PEREZ-ACEVEDO,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney G. Michael Harvey at telephone number (202) 305-2195 and/or email address michael.harvey2@usdoj.gov.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney

    _____
    G. Michael Harvey
    Assistant United States Attorneys
    Federal Major Crimes, DC Bar # 447-465
    555 4th Street, NW, Room 4243
    Washington, DC 20530
    (202) 305-2195