HONORABLE ROY C. LAMBERTH, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**JAN 3 1 2007**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-269</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| PEREZ-ACEVEDO, Jaime | : | Disclosure Date: <u>December 27, 2006</u> |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
 ( ) There are no material/factual inaccuracies therein.
 ( ) There are material/factual inaccuracies in the PSI report as set forth in the
   attachment herein.

_____  _____
**Prosecuting Attorney**            **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
 (X) There are no material/factual inaccuracies therein.
 ( ) There are material/factual inaccuracies in the PSI report as set forth in the
   attachment.

_Jaime Perez_ _11/07_ _James W. Rudwell_ _Jan 16 2007_
**Defendant**  **Date**   **Defense Counsel**  **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by **January 10, 2007**, to U.S. Probation Officer **Kelly
Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

**By:** Gennine A. Hagar, Acting Chief
   United States Probation Officer