## HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA       :   Docket No.: <u>06-CR-269</u>

                         :

           vs.       :   SSN:

                         :

PEREZ-ACEVEDO, Jaime       :   Disclosure Date: <u>December 27, 2006</u>

JAN 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

(✓) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____1/10/07_____
**Prosecuting Attorney**                                          **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    _____    _____
**Defendant**                           **Date**                    **Defense Counsel**                      **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 10, 2007**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:** Gennine A. Hagar, Acting Chief
United States Probation Officer